IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:04-cr-00791-TLW-1 |
| v. | **Order** |
| James Harold Parker Jr. | |

     This matter is before the Court on the Government's and Defendant's motions for a hearing, ECF Nos. 146, 149, filed in response to the Fourth Circuit's order dated March 31, 2016. The Court is informed that Defendant is currently housed at FCI Jesup in Jesup, Georgia. The U.S. Marshals Service is directed to deliver him to this District (Columbia Division) and promptly notify the Court upon his arrival. The Court will then schedule a hearing in this matter.

     **IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

April 13, 2016
Columbia, South Carolina

1