FILED: May 23, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-201**
**(4:04-cr-00791-TLW-1)**

In re: JAMES HAROLD PARKER, JR.,

       Movant.

O R D E R

James Harold Parker has filed a motion pursuant to 28 U.S.C. §§ 2244, 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. Parker has made a prima facie showing that a new rule of constitutional law announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and held to apply retroactively to cases on collateral review by Welch v. United States, __ S. Ct. __, No. 15-6418, 2016 WL 1551144 (U.S. Apr. 18, 2016), may apply to his case. We grant authorization for Parker to file a second or successive § 2255 motion, thus permitting consideration of the motion by the district court in the first instance. The one-year limitations period of 28 U.S.C. § 2255(f)(3) (2012) for filing a § 2255

motion raising a claim relying on the Supreme Court's decision in <u>Johnson</u> expires on June 26, 2016.

    Entered at the direction of the panel: Judge Niemeyer, Judge Motz, and Judge Duncan.

                          For the Court

                          <u>/s/ Patricia S. Connor, Clerk</u>